413 A.2d 1134

Carr, Appellant, v. Carr.

Argued March 21, 1979. John Mattioni, for appellant; Rochelle Coff, for appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Orders affirmed.

413 A.2d 1135

Cumberland Valley Savings and Loan Assn., Appellant, v. Scott, S. M. Liggett Agency, Inc. and Fulton etc.

Argued March 19, 1979. Marcus A. McKnight, III, for appellant; Linda S. Lichtman, for appellee Stuart Edward James Fulton etc., William A. Addams, did not file a brief on behalf of appellees Scott and C. M. Liggett Agency.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Affirmed.